1240

No. 96–1426. HUTTON, PERSONAL REPRESENTATIVE OF THE ESTATE OF HUTTON v. THREE RIVERS AREA HOSPITAL. C. A. 6th Cir. Certiorari denied.

No. 96–1504. HUBBARD v. KENTUCKY EDUCATION PROFESSIONAL STANDARDS BOARD. Ct. App. Ky. Certiorari denied.

No. 96–1505. BUSS v. PAINESVILLE TOWNSHIP. Ct. App. Ohio, Lake County. Certiorari denied.

No. 96–1507. LA FUERZA AEREA BOLIVIANA, AN INSTRUMENTALITY OF THE REPUBLIC OF BOLIVIA v. TRANSAERO, INC. C. A. 2d Cir. Certiorari denied.

No. 96–1508. PRICKETT ET AL. v. NORFOLK SOUTHERN RAILWAY CO. ET AL. Sup. Ct. Ala. Certiorari denied.

No. 96–1513. GRANT v. MISSISSIPPI ET AL. Sup. Ct. Miss. Certiorari denied.

No. 96–1517. FIDEL ET AL. v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–1520. MUSE ET AL. v. INTERNATIONAL BUSINESS MACHINES CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–1521. WILLIAMS v. AVNET, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–1522. DUFFEY, DIRECTOR, UNITED STATES INFORMATION AGENCY v. HARTMAN ET AL. C. A. D. C. Cir. Certiorari denied.

No. 96–1523. FOSTER v. CITY OF SOUTHFIELD ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–1524. GROOMS ET AL. v. GLAZE ET AL. Sup. Ct. S. C. Certiorari denied.

No. 96–1527. PATEL ET AL. v. PENMAN ET AL. C. A. 9th Cir. Certiorari denied.